David HERSH, Appellant, v. UNITED STATES of America, Appellee.

No. 11241.

Circuit Court of Appeals, Ninth Circuit.

May 3, 1946.

Marcel E. Cerf, Robinson & Leland, of San Francisco, Cal., for appellant.

Frank J. Hennessy, U. S. Atty., and R. H. Colvin, Asst. U. S. Atty., both of San Francisco, Cal., for appellee.

Before MATHEWS, HEALY, and ORR, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties, filed May 3, 1946, and good cause therefor appearing, it is ordered that the above herein be dismissed, that a judgment of dismissal be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.